

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00119-CR

| | | |
|---|---|---|
| STEPHEN ALLEN HOLT, Appellant | § | On Appeal from the 271st District Court |
| | § | of Wise County (CR21725) |
| V. | § | August 31, 2022 |
| | § | Memorandum Opinion by Justice Wallach |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
Justice Mike Wallach